UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ISABEL ROJAS, as Administrator
of the Estate of JONATHAN
ROJAS, deceased,

                    Plaintiff,

        - against –

UNITED STATES OF AMERICA,

                    Defendant.
-------------------------------X

**ORDER**

23 Civ. 5743 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On September 3, 2025, the Court denied defendant's motion for summary judgment "without prejudice to a resolution following a bench trial addressing liability," and expressed its intention to "schedule a conference to discuss the parameters for such a trial." ECF No. 40 at 4.

To assist the Court in scheduling a bench trial, the Court requests that the parties submit the following information by December 12, 2025:

(1)  The number and names of fact witnesses, if any, to be called by each party;

(2)  The number and names of expert witnesses, if any, to be called by each party;

(3)  The parties' best estimate for the length of trial; and

(4)  Any weeks in mid-April to mid-May 2026, during which counsel, or the parties, or their witnesses have

-1-

conflicts that would make conducting a trial impracticable.


Dated:    December 1, 2025
          New York, New York

                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE